**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br>vs.<br><br>SHELBURNE MANAGEMENT, LLC, a Texas limited liability company; and DENNIS CARPENTER, an individual,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-51061 (JKS) |

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Settlement Agreement*, entered into by and between plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendants Shelburne Management, LLC and Dennis Carpenter (the "Parties") and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Woodbridge Liquidation

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

Trust hereby dismisses the above-referenced adversary proceeding with prejudice. The Parties shall bear their own attorneys' fees and costs.

Dated: August 28, 2026
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
acaine@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to Plaintiff*