IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Remaining Debtors. | Chapter 11<br><br>Case Nos. 17-12560 (BLS), *et seq.* |
| MICHAEL GOLDBERG in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br>vs.<br><br>SESCO BENEFIT SERVICES, INC., *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-51064 (BLS) |

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2023, I caused copies of the Substitution of Counsel (Docket No. 41) to be served via electronic mail upon:

| Name | E-mail |
|---|---|
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Andrew W. Caine | acaine@pszjlaw.com |
| Bradford J. Sandler | bsandler@pszjlaw.com |
| Jeffrey Nolan | jnolan@pszjlaw.com |

Dated: February 2, 2023
Wilmington, Delaware

**/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone

*Attorney for Defendants*